PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-3735
      E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MIREYA DUARTE HERNANDEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Civil No. 2:24-cv-03063-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that

Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a thirty-day

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

extension of time to respond to Plaintiff's Complaint in this case from January 6, 2025, up to and

including February 5, 2025. In support of this request, the Commissioner respectfully states as

follows:

1.  Defendant's response to Plaintiff's Complaint is due to be filed by January 6, 2025.
    Defendant has not previously requested an extension of this deadline.

2.  In accordance with the Federal Rules of Civil Procedures, recently amended to add
    Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the
    Commissioner files a certified administrative record (CAR) as the Answer to a
    Complaint for review.

3.  Counsel for the Commissioner has been informed by the client agency, which is the
    Social Security Administration, Office of Appellate Operations, that the CAR is not
    fully prepared in this matter.  The client agency therefore needs more time to prepare
    the CAR for the Court's review.

4.  For this reason, Defendant requests an extension to February 5, 2025 (30 days), to file
    an Answer or other response in this matter.

5.  Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that
    he has no objection to this extension request.

6.  This request is made in good faith and is not intended to delay the proceedings in this
    matter.

7.  I am attempting to preserve limited judicial resources and have applied the most rapid
    response under the circumstances.

WHEREFORE, Defendant requests until February 5, 2025, to respond to Plaintiff's

Complaint.

1

Respectfully submitted,

2

DATE: December 20, 2025

LEHRKIND LAW OFFICE

3

*/s/ Margaret Lehrkind\**

4

MARGARET LEHRKIND
Attorney for Plaintiff

5

(*as authorized via email on December 20, 2024)

6

PHILLIP A. TALBERT

7

United States Attorney

8

MATHEW W. PILE
Associate General Counsel

9

Office of Program Litigation, Office 7
Social Security Administration

10

12

DATE: December 20, 2025          By   *s/ Justin L. Martin*

JUSTIN L. MARTIN

13

Special Assistant United States Attorney

14

Attorneys for Defendant

15

ORDER

16

Pursuant to stipulation, it is so ordered.

17

18

19

DATED: January 6, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28