MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREYA DUARTE HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | Case No.: 2:24-cv-03063-EFB<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURUSANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER |

　　　　The parties, through their respective counsel, hereby agree that attorney fees in the amount of $9,750 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and costs of $405, pursuant to 28 U.S.C. § 1920.  Such attorney fees shall be subject to verification that Plaintiff has no debt that qualifies for offset, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

　　　　If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check or electronic funds transfer for EAJA fees shall be made payable to Plaintiff's attorney, Margaret Lehrkind, based upon Plaintiff's assignment of these amounts to her.  *See* Exhibit – Retainer Agreement.  If Plaintiff has a debt, then any remaining funds after offset shall be made payable to Plaintiff and mailed to counsel's address.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

DATE: April 29, 2025                     Respectfully submitted,

                                                               Lehrkind Law Office, P.C.

                                       By:     */s/ Margaret Lehrkind*  
                                                 MARGARET LEHRKIND  
                                                 Attorney for Plaintiff

DATE: April 29, 2025                     By:     */s/ Mary Tsai *  
                                                            MARY TSAI  
                                                            *As authorized via email on*  
                                                 Special Assistant United States Attorney  
                                               Attorney for Defendant

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"),

**IT IS ORDERED** that fees and expenses in the amount of NINE THOUSAND SEVEN HUNDRED FIFTY ($9,750.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and FOUR HUNDRED FIVE DOLLARS and 00/100 ($405.00), pursuant to 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATED: May 20, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE